UNITED STATES DISTRICT COURT
FEDERAL DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| RAYMOND WRIGHT,<br>　　　　　Plaintiff,<br>　　vs.<br><br>MIDLAND CREDIT MANAGEMENT, INC.<br>MIDLAND FUNDING, LLC & FBCS, INC.,<br>　　　　Defendants. | Case No.: 1:14-cv-00092-PB<br><br>**VOLUNTARY DISMISSAL** |

## VOLUNTARY DISMISSAL

　　Pursuant to F.R.C.P. 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, the plaintiff, RAYMOND WRIGHT, through his counsel, hereby give notice that the above captioned action is voluntarily dismissed with prejudice against the defendant, FBCS, INC.

Dated:  September 24, 2014　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　　　/s/ Jeffrey Weiss                      .
　　　　　　　　　　　　　　　　　　　　　　　Attorney for Plaintiff
　　　　　　　　　　　　　　　　　　　　　　　Jeffrey Weiss, Esq.
　　　　　　　　　　　　　　　　　　　　　　　New Hampshire Bar No. 2688

　　　　　　　　　　　　　　　　　　　　　　　On behalf of:
　　　　　　　　　　　　　　　　　　　　　　　Law Offices of Michael Lupolover, PC
　　　　　　　　　　　　　　　　　　　　　　　180 Sylvan Avenue 2nd Floor
　　　　　　　　　　　　　　　　　　　　　　　Englewood Cliffs, NJ 07632
　　　　　　　　　　　　　　　　　　　　　　　Ph: (201) 461- 0059
　　　　　　　　　　　　　　　　　　　　　　　Fax: (201) 608-7116
　　　　　　　　　　　　　　　　　　　　　　　David@lupoloverlaw.com